UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00077 |
| | ) | JUDGE SHARP |
| BRANDON T. TESSIER | ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY

The defendant, Brandon T. Tessier, through undersigned counsel, hereby moves this Honorable Court for an order extending the deadline to file a reply to the government's response to the defendant's motion to suppress evidence until February 6, 2014. The reply is currently due on Monday, February 3, 2014. (Docket No. 29). The suppression hearing is scheduled for February 20, 2014, at 10:30 a.m. Undersigned counsel needs additional time to complete the reply and will be ready to file it no later than Thursday, February 6, 2014.

Undersigned counsel has discussed this request with Assistant United States Attorney Lynne Ingram and she has authorized undersigned counsel to represent to this Court that the government is not opposed to the request for an extension.

Respectfully submitted,

  s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Brandon T. Tessier

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I electronically filed the foregoing *Unopposed Motion to Extend Deadline to File Reply* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Lynne T. Ingram**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

  s/ R. David Baker
R. DAVID BAKER