UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00077 |
| ) | JUDGE SHARP |
| BRANDON THOMAS TESSIER ) | |

**O R D E R**

In accordance with the parties request this date, the suppression hearing is reset for Friday, April 4, 2014, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE